DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVEN SCHULMANN,**
Appellant,

v.

**MADELINE POSES SCHULMANN,**
Appellee.

No. 4D2023-1019

[December 28, 2023]

Appeal of nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case No. FMCE23-000423.

Amanda B. Haberman and Daniel Kaplan of Kaplan Loebl, LLC, Aventura, for appellant.

Curt Sanchez and Nicole Nicolette Mace of The Law Offices of Curt Sanchez, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***